NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-cr-00041-CJN

Thomas Gallagher
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Sebastian M. Norton, 1008961
_(Attorney & Bar ID Number)_

King, Campbell, Poretz & Mitchell, PLLC
_(Firm Name)_

108 N. Alfred Street, Suite 200
_(Street Address)_

Alexandria, VA 22314
_(City)     (State)     (Zip)_

(703) 683-7070
_(Telephone Number)_